THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Leroy Adams
 Brown, Appellant.
 
 
 
 
 

Appeal From Richland County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2011-UP-041
 Submitted December 1, 2010  Filed
February 1, 2011    

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Attorney General Christina J. Catoe, and Solicitor Daniel E.
 Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Leroy Adams Brown appeals his conviction
 for burglary in the first degree, arguing the trial court erred in denying his
 motion for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Weston, 367 S.C. 279, 292-93, 625 S.E.2d 641,
 648 (2006) (explaining if any direct evidence or substantial circumstantial
 evidence reasonably tends to prove the guilt of the accused, the appellate
 court must find the case was properly submitted to the jury); State v. Sroka,
 267 S.C. 664, 665, 230 S.E.2d 816, 817 (1976) ("Any doubt about the
 correctness of [affirming the appellant's conviction] is eliminated by the
 admission of appellant in open court, after conviction and during the
 pre-sentence inquiry by the trial judge, that he had participated in the
 robbery . . . .  Further review of the record, therefore, is rendered
 unnecessary.").
AFFIRMED.
HUFF,
 KONDUROS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.